**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WILLIAM AUSTIN, III** | **CIVIL ACTION NO.: 2:23-CV-01602** |
| **v.** | |
| **SONTHEIMER OFFSHORE/CATERING CO. d/b/a. SONOCO and WEEKS MARINE, INC.** | **JUDGE: LANCE M. AFRICK** |
| | **MAGISTRATE: DONNA PHILLIPS CURRAULT** |

## MAY/WILL CALL WITNESS AND EXHIBIT LIST

Defendant, Weeks Marine, Inc. submit the following witness and exhibit list:

## WITNESS LIST

1. William Austin, III

   Mr. Austin is expected to have information relevant to Plaintiff's accident and damages, and other information relevant to the facts and circumstances surrounding Plaintiff's damages and theory of liability.

2. Glenn Alexander
   337-501-2944

   Mr. Alexander was a welder working on or about the vessel at issue. Mr. Alexander is expected to have information relevant to Plaintiff's accident and damages, and other information relevant to the facts and circumstances surrounding Plaintiff's damages and theory of liability.

3. Isaac Martinez

   Captain Martinez was the captain on board the vessel at issue. Captain Martinez is expected to have information relevant to

Plaintiff's accident and damages, and other information relevant to the facts and circumstances surrounding Plaintiff's damages and theory of liability.

4. Dredge RS Weeks Crew on October 28, 2020

a. Craig S. Taylor
518 Crenshaw Street
Berwick, LA 70342
985.714.9990
Position: Crane Operator/ AB

b. Bryon K. Greely
c/o Kean Miller
Position: Mate

c. Michael Swope
c/o Kean Miller
Position: Leverman

d. Tadrick Gathright
c/o Kean Miller
Position: Deckhand

e. Jerry Harris
c/o Kean Miller
Position: Deckhand

f. Douglas Cook
21190 Harrison Avenue, Apt 9
Abita Springs, Louisiana 70420
985-272-2959
Position: Welder

g. Victor Duomes
1811 Rosa Pearl Lane
Bogalusa, Louisiana 70427
985-516-1723
Position: Deckhand

h. Timothy Enslow
1755 SE 27th Avenue
Summerfield, Florida 34491
352-445-5798
Position: DT Operator

i. Murphy Latiolais
c/o Kean Miller
Position: Deckhand

j. Brennon Hough
43 Old Lupton Road
Merritt, North Carolina 28556
252-514-5591
Position: Mate

k. Drake Cook
1608 Highway 167
Opelousas, Louisiana 70570
337-290-3313
Position: Deckhand

l. Wayne Smith
c/o Kean Miller
Position: Watch Engineer

m. Richard Dillon
c/o Kean Miller
Position: Survey Boatman

n. Josh Littlepage
c/o Kean Miller
Position: Watch Engineer

o. Tyler L. James
5558 Woodside Drive No
Mobile, Alabama 36608
251-463-3291
Position: Deckhand

p. Timothy K. Foster
7582 Tara Drive North
Mobile, Alabama 36619
251-802-9311
Position: Oiler
Resigned 2/2/23

q. Marvin Ledbetter
c/o Kean Miller
Position: Outside Mechanic

r. Rico Williams
120 Cedar Grove Drive
Natchitoches, Louisiana 71457
318-471-2065
Position: Oiler
Resigned 11/21/21

s. Austin Stoute
c/o Kean Miller
Position: DT Captain

t. Colton Wilson
c/o Kean Miller
Position: Oiler

u. Sirquintion Papillion
101 Raceway Street
Carencro, Louisiana 70520
337-356-5959
Position: Mate

v. Marty Price
c/o Kean Miller
Position: Survey Boatman

w. James Mark Foster
c/o Kean Miller
Position: Survey Boatman

x. David Cox
c/o Kean Miller
Position: Deck Captain

y. Delfino B. Rios, Sr.
c/o Kean Miller
Position: Leverman

z. Dustin Lagrange
c/o Kean Miller
Position: Chief Engineer

aa. Samuel Hagan
c/o Kean Miller
Position: Chief Engineer

5. Representative(s) of Sontheimer Offshore/Catering Co. d/b/a/ SONOCO who may be necessary to establish underlying facts, and/or knowledge as to SONOCO communications, training, and policies, practices, and/or procedures.

6. Representative(s) of Weeks Marine, Inc. who may be necessary to establish underlying facts, and/or knowledge as to Weeks Marine communications, training, and policies, practices, and/or procedures.

7. Any medical provider(s) who has allegedly rendered medical treatment to Plaintiff William Austin, II, or a representee(s) of same, including but not limited to:

a. Gabriel C. Tender, M.D./UMCNO Neurosurgery Clinic
b. Peter G. Liechty, M.D.
c. Keith Mack, M.D.
d. Jared Campbell, M.D.
e. Suneil Jolly, M.D./Louisiana Pain Specialists
f. Erik Davis, M.D
g. Crescent View Surgery Center
h. Debbie Fontenot, PT
i. Metropolitan Health Group

j. Envision Imaging of Acadiana
k. Orthopedic & Sports Phyuscal Therapy Clinic
l. Fakier Radiology
m. Our Lady of Lourdes Regional Medical Center
n. Thrifty Way Pharmacy
o. Quinn Physical Therapy
p. Excel Pharmacy

8. Captain Larry E. Strouse (Liability expert)
DLS Marine
3017 Lime Street
Metairie, LA 70006

9. Elizabeth Martina (vocational rehabilitation expert)
Elizabeth B Martina & Associates
3013 19th Street
Metairie, LA 70002

10. Holly Sharpe (economist)
LaPorte CPAs & Business Advisors
111 Veterans Memorial Blvd, Suite 600
Metairie, LA 70005

11. Any witness needed to authenticate any document or evidence introduced at trial;

12. Any witness listed by any other party to this litigation.

## **EXHIBIT LIST**

a. Accident reports and Witness Statements, (Weeks Marine 000001-000002; 000095-000096; 000102-000103);

b. Photographs, (Weeks Marine 000097-000101, 000111-000112);

c. Leverman daily reports, (Weeks Marine 000025-000026);

d. Weeks Marine safety documents, (Weeks Marine 000003-000024; 000027-000092);

e. Vessel documentation, (Weeks Marine 000093-000094, 000104-000105);

f. Bud's Boat Rental Water Express II Log, (Weeks Marine 000113);

g. R.S. Weeks Certificate of Inspection, (Weeks Marine 000114-000116);

h. R.S. Weeks Helm History 08/2020-10/2020, (Weeks 000117-000118);

i. Acord Certificate of Liability, (Weeks 000119-000120);

j. Weeks Marine Service Agreement with Bud's Boat Rental, (Weeks 000121-000145);

k. Plaintiff's medical records of:

   a. Gabriel C. Tender, M.D./UMCNO Neurosurgery Clinic
   b. Peter G. Liechty, M.D.
   c. Keith Mack, M.D.
   d. Jared Campbell, M.D.
   e. Suneil Jolly, M.D./Louisiana Pain Specialists
   f. Erik Davis, M.D
   g. Crescent View Surgery Center
   h. Debbie Fontenot, PT
   i. Metropolitan Health Group
   j. Envision Imaging of Acadiana
   k. Orthopedic & Sports Phyuscal Therapy Clinic
   l. Fakier Radiology
   m. Our Lady of Lourdes Regional Medical Center
   n. Thrifty Way Pharmacy
   o. Quinn Physical Therapy
   p. Excel Pharmacy

l. All documents identified and/or produced by any other party to this

litigation in the course of discovery;

m. All documents identified and/or produced by any other party to this litigation in its initial disclosures;

n. All exhibits attached to any deposition noticed in this matter;

o. Any and all discovery responses of any party to this litigation.

Defendants reserve the right to supplement this witness and exhibit list.

Respectfully submitted,

BY: _*s/Robert M. Kallam*______________

ROBERT M. KALLAM (#20242)
BRIAN J. LINDSEY (#35887)
Kean Miller LLP
600 Jefferson Street, Suite 1101
Lafayette, LA 70501
Telephone: (337) 235-2232
E-mail: robert.kallam@keanmiller.com
Brian.lindsey@keanmiller.com

Attorneys for Weeks Marine, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all known counsel of record.

Lafayette, Louisiana, this 20th day of November, 2023.

/s/ Robert M. Kallam