UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| WILLIAM AUSTIN, III | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 23-1602 |
| SONTHEIMER OFFSHORE/CATERING CO., ET AL | * | SECTION "I" (2) |

**ORDER**

At the request of counsel for Defendant Weeks Marine, Inc., and having been advised that opposing counsel consents,

IT IS ORDERED that the settlement conference scheduled on **WEDNESDAY, JANUARY 31, 2024, at 2:00 p.m.**, will be held **IN PERSON** before Magistrate Judge Donna Phillips Currault, 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this __30th__ day of January, 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE